

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00251-CV

Gloria J. **SANCHEZ**,
Appellant

v.

**WELLS FARGO BANK, N.A.**,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CV-03862
Honorable Marvin Quinney, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Wells Fargo Bank, N.A., recover its costs of this appeal from appellant, Gloria J. Sanchez.

SIGNED January 7, 2015.

_____
Marialyn Barnard, Justice